MARGARET EAGAN, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

(Argued November 27, 1893; decided December 5, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 28, 1893, which affirmed an order of Special Term granting a motion by plaintiff for a retaxation of costs.

*Louis Marshall* for appellant.

*D. C. Feely* for respondent.

Agree to dismiss appeal on argument.
All concur.
Appeal dismissed.  ―――――――

In the Matter of the Settlement of the Account of EMILY A. SMITH, Trustee, etc.; EUGENE H. POMEROY, as Guardian ad litem, etc., Appellant EDMUND E. MURPHY, as Executor, etc., Respondent.

(Submitted November 27, 1893; decided December 5, 1893.)

MOTION to amend remittitur.

*Eugene H. Pomeroy* for motion.

*William A. Boyd* opposed.

Agree to grant motion, and remittitur ordered to be recalled and amended so as to allow the executor and guardian *ad litem* separate bills of costs to be paid by the appellants personally.
All concur.
Motion granted and ordered accordingly.